```
1  Martha G. Bronitsky
   Chapter 13 Trustee Standing Trustee
2  24301 Southland Dr. #200
   Hayward, Ca 94540-5004
3  Telephone: (510) 266-5580
   Fax:(510) 266-5589
```



**FILED**
OCT 2 0 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

**RECEIVED**
NOV 0 7 2011
BANKRUPTCY COURT
OAKLAND, CALIFORNIA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re: MARIANO IBANEZ BALAJADIA )  Case No: 06-42360    EDJ13
                                )
                                )  Chapter 13
         Debtor(s)              )  **NOTICE OF UNCLAIMED**
                                )  **DIVIDENDS**
                                )

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure (3010 or 3011), the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $6.73 name (s) and address (es) of the claimants entitled to the unclaimed dividends are as follows:

| Case # | Name & Address of Claimant | Claim amount | Dividend Amount |
|---|---|---|---|
| 06-42360 EDJ 13 | CHASE BANK/ CIRCUIT CITY<br>PO BOX 100018<br>KENNESAW, GA 30156-9204 | $ 224.38 | $ 6.73 |
| | Total Unclaimed Dividends | | $ 6.73 |

Dated: October 18, 2011

*/s/ Martha G Bronitsky*
Martha G. Bronitsky, Chapter 13 Trustee